# Pharmacological Treatment of Inmates with Paraphilias

## October 2005

**(Federal Bureau of Prisons - Clinical Practice Guidelines)**

# Pharmacological Treatment of
# Inmates with Paraphilias
# October 2005
### (Federal Bureau of Prisons - Clinical Practice Guidelines)

## Table of Contents

1.  **Purpose** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2.  **Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

3.  **Patient Selection** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

4.  **Patient Evaluation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

5.  **Treatment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        SSRIs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        Stimulants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        Antiepileptic Medications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        Hormones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        LHRH Agonists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

6.  **Informed Consent** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

7.  **Central Office Approval Process** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

8.  **Institution of Treatment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

9.  **Monitoring** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

10. **Release Planning** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16


**Definitions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

**References** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Federal Bureau of Prisons
Clinical Practice Guidelines

Pharmacological Treatment of Inmates with Paraphilias
Ocober 2005

## Appendices

**Appendix 1**:  Medications for Treatment of Paraphilias: Indications and Contraindications   21

**Appendix 2a**: SSRI Dosing Recommendations Algorithm  . . . . . . . . . . . . . . . . . . . . .  22

**Appendix 2b**: SSRI Dosing, Monitoring and Management . . . . . . . . . . . . . . . . . . . . .  23

**Appendix 3**:  Stimulant Medication Management . . . . . . . . . . . . . . . . . . . . . . . . . . .  24

**Appendix 4**:  MPA Management and Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . .  25

**Appendix 5**:  LHRH Agonists Management and Monitoring  . . . . . . . . . . . . . . . . . . .  26

**Appendix 6**:  Patient Information Sheet for MPA . . . . . . . . . . . . . . . . . . . . . . . . . . .  27

**Appendix 7**:  Patient Information Sheet for LHRH Agonists  . . . . . . . . . . . . . . . . . . .  29

## Bureau of Prisons Forms

The following BOP forms related to treatment of paraphilias are available on the Sallyport Homepage (under the Policies/Forms drop-down menu in the Forms Directory).

BP-A863       Medroxyprogesterone Acetate Flow Sheet

BP-A856       Leuprolide or Triptorelin Flow Sheet

BP-A857       Consent to Use Medroxyprogesterone Acetate

BP-A858       Consent to Use Leuprolide or Triptorelin

BP-A859       Consent to Use of Selective Serotonin Reuptake Inibitor Antidepressant for Treatment of Paraphilias

BP-A860       Consent to Use of Stimulant Medication for Treatment of Attention Deficit/Hyperactivity Disorder

BP-A861       Approval Request for Initiation of MPA, Leuprolide, or Triptorelin

BP-A862       Approval Request for Renewal of MPA, Leuprolide, or Triptorelin

BP-A855       Referral/Follow-up Form for Patient on MPA or LHRH Agonist

# 1. Purpose

The purpose of the Federal Bureau of Prisons Clinical Practice Guidelines for Pharmacological Treatment of Inmates with Paraphilias is to provide recommendations for the psychiatric and medical management of inmates with a diagnosis of paraphilia(s), who are being housed in Federal Bureau of Prisons facilities.

# 2. Introduction

Treatment of individuals with paraphilias is fraught with difficulties.  There is evidence of some treatments, particularly pharmacological and surgical treatments, being effective; however, the therapeutic picture is anything but clear.  The research studies have failed to adequately match the control groups with the treatment groups.  In addition, there has been little consistency within the groups themselves.  It may be that different types of paraphilias have different responses to a particular treatment; however, as the paraphilias are almost always lumped together in larger studies, it is impossible to know if there is a differential response based on diagnosis.  Finally, the definition of success or failure of treatment often relies on historically inaccurate data gathered through self-reports or arrest records.

Treatment providers are also not immune from distorted views of these patients, either seeing them as completely refractory to any treatment, or over-identifying with them and failing to challenge the distorted perceptions of their thoughts and behaviors.  Treatment providers within the BOP must function as a member of a multidisciplinary team in order to provide optimal treatment and guard against acting on countertransference issues.

Pharmacotherapy of sexual offenders has been shown to be at least partially effective in reducing relapse in some men diagnosed with paraphilias.  Pharmacotherapy can be divided into those medications which directly or indirectly affect the production or release of testosterone, and other medications which do not affect the hypothalamic-pituitary-gonadal axis.  The latter category of medications mainly includes the selective serotonin reuptake inhibitors (SSRIs), but may also include adjunctive treatment with stimulants (for co-occurring attention deficit hyperactivity disorder (ADHD)), and anti-epileptic drugs (AEDs) which have been effective in a small number of offenders, presumably due to suppression of subclinical, abnormal electrical activity in the brain.  The former category includes hormonal therapies, such as  medroxyprogesterone acetate (MPA); luteinizing hormone-releasing hormone (LHRH) agonists, such as leuprolide (Lupron™) and triptorelin (Trelstar™); and anti-androgens, such as cyproterone acetate (CPA).  CPA has been widely used in Europe and Canada, but is not available in the United States.

Each class of medication presents its own risks and benefits, and prescribing any of these medications for treatment of sex offenders requires a careful balance of risks and benefits, as well as the full and freely-given informed consent of the inmate.  Only those physicians who, through experience and/or continuing education, have developed some expertise in the

pharmacological treatment of sex offenders should prescribe these medications.

Measuring treatment success is problematic in this population. Consultation with the primary therapist and Sexual Offender Treatment Program (SOTP) treatment team is absolutely necessary in assessing the inmate's response to any of the treatment interventions. Self-report cannot be considered to be fully reliable.

Paraphilias range in severity from a condition in which the individual experiences deviant sexual fantasies and urges but does not engage in any victim contact, to individuals who act on their urges and fantasies with children or non-consenting adults, to individuals with significant sadistic or homicidal sexual fantasies, urges, and/or behaviors. These groups can be further divided and subdivided based on age(s) and gender(s) of the victim(s), the relative number of victims, the relationship between the offender and the victim(s), the presence of multiple paraphilias (more often the rule than the exception), the level of harm to the victim(s), etc.

Similarly, it is best to think of treatment response along a continuum and to measure that response in relation to the severity of the paraphilia. This spectrum could range from significant improvement (reduction) in deviant sexual fantasies, urges, and/or behaviors, with maintenance of sexual function, to complete absence of deviant sexual fantasies, urges, and behaviors, and loss of sexual function.

The process for pharmacotherapy of paraphilias includes the following steps: patient selection, evaluation, medication selection, informed consent, Central Office approval, institution of treatment; monitoring during treatment; and release planning.

Patient education is an integral part of each of the above steps in the process. It should **not** occur **only** during the informed consent process.


# 3. Patient Selection

Ordinarily, only two types of inmates will be considered for pharmacological interventions:

1) inmates actively participating in a Sex Offender Treatment Program (SOTP); or
2) inmates coming into the Bureau already under treatment for paraphilia through a legitimate
   prescriber.

Prior to receiving pharmacological treatment, inmates will need extensive education regarding the potential risks and benefits associated with the recommended treatment(s). The inmate must understand that he is **free to decline** pharmacological treatment at any time **without** risk of any disciplinary action or other negative consequences associated with his incarceration, participation in SOTP, or his release. He must also understand that any benefits of the treatment will disappear when the medication is discontinued, making relapse more likely.

As with all interventions, the higher the risk of a bad outcome without treatment (in this case,

the risk of engaging in some type of sexually deviant, *victimizing* behavior), the more side effects the inmate may be willing to tolerate to achieve the desired benefit.  In other words, a sex offender who has never engaged in deviant sexual behavior with a victim, but is moderately distressed by deviant fantasies and urges, should generally be treated with a medication that is least likely to cause significant side effects, such as an SSRI.  On the other hand, an individual with a history of multiple victims, or with a history of sadistic sexual behavior, would potentially be a good candidate for a more effective, but higher risk medication, such as MPA.  The inmate's level of distress over his condition, as well as his motivation for treatment, will play a major role in the selection of medication(s).

Contraindications to pharmacotherapy, relative and absolute, vary from medication to medication and will be further discussed in the section pertaining to each medication.

A precautionary note should be sounded on the subject of pharmacological treatments and release of the inmate back into the community.  None of the pharmacotherapies have been shown to have lasting benefit on paraphilic behavior after discontinuation of the medication.  In addition, the benefits associated with hormonal, anti-androgen, and LHRH agonist treatments can all be reversed through the surreptitious use of testosterone.  Therefore, opinions about potential for reoffense and/or recommendations for conditions of supervision, should not be based solely or even largely on the use of any of these pharmacotherapies while incarcerated. (For a review of the benefits associated with nonmedical/nonsurgical treatments, consult: Rice ME, Harris GT. The size and sign of treatment effects in sex offender therapy. In: Prentky RA, Janus ES, Seto MC, editors. Sexually coercive behavior: understanding and management. New York: New York Academy of Sciences; 2003. p.428-440.).

# 4. Patient Evaluation

All inmates being considered for medication must undergo thorough psychiatric, psychological, and medical evaluations prior to initiation of pharmacological treatment.  The psychiatric evaluation will comply with the BOP Clinical Guidelines for Psychiatric Evaluations.  Special attention should be given to uncovering any psychiatric conditions, especially mood disorders, anxiety disorders (including obsessive compulsive disorder), substance abuse disorders, and developmental disorders (e.g., Asperger's disorder, fetal alcohol syndrome, mental retardation, etc.).  Individuals with paraphilias are more likely than controls to have a history of head injuries, epilepsy, cognitive impairment, and other conditions associated with abnormal brain development or function.

In addition, special attention should be given to developmental history, abuse history, family history, and social history, especially the quality of social relationships and social supports. Finally, the importance of ascertaining the inmate's motivation for treatment and willingness to be forthcoming regarding his history of sexually deviant behaviors cannot be underestimated. The psychiatrist should be actively assessing these factors, as well as the inmate's personality structure, during the evaluation.

Return to Table of Contents                                        3

Inmates involved in the SOTP will have already undergone several assessments related to the program. The psychiatrist will need to review and integrate these findings into his or her final assessment. In addition, the psychiatrist, in consultation with the psychology staff, may determine that additional psychological or neuropsychological studies may be helpful in the diagnostic evaluation.

The medical evaluation will vary depending on the type of treatment chosen. However, in all cases it will **precede** the institution of any medication and will include:

- A thorough history, especially of high risk behaviors for sexually transmitted diseases, including hepatitis;

- A complete physical examination;

- Blood tests to include:

    – CBC with differential,
    – Chemistry group with fasting blood sugar and lipids,
    – TSH, LH, FSH, Testosterone,
    – HIV, and
    – Hepatitis B and C serologies;

- EEG;

- CT or MRI of head;

- Bone density and EKG (if considering leuprolide or triptorelin); and

- EKG (if considering MPA, and age is over 40 or inmate has risk factors associated with heart disease, e.g., diabetes, hypertension, hyperlipidemia, past history of MI, strong family history, etc.).

# 5. Treatment

Following completion of the psychiatric, psychological, and medical assessments, a multidisciplinary team should meet to discuss the results of the evaluations and to finalize the recommendations for treatment. The team should include at a minimum:

- the primary therapist(s);

- treating psychiatrist;

- primary care physician;

- the SOTP director and/or the chief psychologist;

- chief psychiatrist (where available); and

- clinical director.

The team, or at least the primary therapist and psychiatrist, should then meet with the inmate to inform him of the recommendations, and the reasoning behind the recommendations. The inmate's questions and concerns should be addressed during this meeting and documented in his health record.

Pharmacological treatment may consist of one medication or a combination of medications. There is little evidence available (other than for the use of stimulants) to allow the psychiatrist to predict which medications will prove most effective in any individual patient. Lack of response to one SSRI does not predict lack of response to another SSRI. The same holds true for the use of MPA, leuprolide, or triptorelin, see *Appendix 1* (*Medications for Treatment of Paraphilias*: *Indications and Contraindications*).

Throughout the course of treatment, the psychiatrist will need to meet regularly with the primary therapist to share information on the inmate's response to medications. At no time should the psychiatrist rely on the inmate's self report alone when making treatment decisions. All medications aimed at treating the paraphilia(s) should be placed on pill line, and compliance with treatment should be reviewed and documented at each visit.

## SSRIs

In nearly all cases, SSRIs can be considered as an adjunctive, first line treatment for inmates in an SOTP. It is unclear if paraphilias are in any way related to obsessive compulsive disorder or other mood/anxiety disorders; however, sexual offenders often have comorbidity with these disorders. In addition, it appears that SSRIs are effective even in the absence of a comorbid mood or anxiety disorder, presumably due to their antilibidinal effects. Inmates with mild (victimless) paraphilias may benefit from an SSRI as the only pharmacologic intervention. Inmates with more severe paraphilias should be offered SSRIs prior to utilization of a hormonal or LHRH agent due to the potential of greater benefit from the combination of the two agents, as well as the high rate of comorbid mood/anxiety disorders.

No one SSRI has been shown to be more effective than another. Further, failure of one SSRI to provide benefit does not fully predict failure with a different SSRI. Since effectiveness is considered equivalent, fluoxetine is recommended as the first line treatment. A minimum of an 8 to 10 week trial of at least 40 mg per day should be undertaken prior to switching to another SSRI. If no or minimal benefit is seen, then a trial of sertraline, up to 200 mg per day, for at least 8 to 10 weeks may be attempted, see *Appendix 2a* (*SSRI Dosing Recommendations Algorithm*) and *Appendix 2b* (*SSRI Dosing, Monitoring and Management*).

Success of the treatment will be determined through discussion with the inmate's SOTP

treatment team and with the inmate, and be measured against the level of risk the inmate poses by his paraphilic behavior and/or psychological distress associated with the paraphilia.  For example, an inmate with no history of victim contact may be considered successfully treated if his fantasies, urges, and paraphilic masturbatory behaviors are reduced to the point of having minimal impact on his daily life and relationships.  For an individual with a history of significant sexually sadistic fantasies and urges, or paraphilic behaviors with children or non-consenting adults, such a response would not be considered adequate.  In an inmate with this history, only complete absence of deviant fantasies, urges, and paraphilic masturbatory behaviors would be considered a success.  It is unlikely an SSRI alone would achieve this.

If the inmate achieves only a partial response with an SSRI, then adjunctive medications, such as stimulants or other agents, may be considered.

**Side effects** from SSRIs are generally mild and improve with time.  True allergic reactions are rare.  Common side effects include: anxiety, sleep disturbance, vivid dreams, headache, nausea, tremor, delayed orgasm or anorgasmia, decreased libido (a benefit in this case), yawning, and somnolence.  In some susceptible individuals, especially those with an undiagnosed bipolar disorder, SSRIs can trigger a manic episode.

A rare, but potentially fatal side effect is the development of serotonin syndrome.  This condition is more likely to occur in individuals taking more than one serotonergic agent.  The syndrome is characterized by changes in mental status, muscle rigidity, myoclonus, fever, and unstable vital signs.  If serotonin syndrome is suspected, the inmate should be hospitalized.

Relative contraindications include a diagnosis of bipolar disorder or the history of serotonin syndrome with another serotonergic medication.  Absolute contraindications to SSRIs include current or recent (within the last 2 weeks) treatment with an MAO inhibitor (for all the SSRIs), a true allergic reaction to the specific medication, or the history of serotonin syndrome with that agent.

Although controversial, some reports suggest increased risk of suicide or emergence of suicidal ideation during treatment with SSRIs.  It is recommended that suicide risk be regularly assessed by the treating physician and primary therapist.

Drug interactions are common with these medications, and the physician should consult the pharmacist for a complete list of precautions and drug interactions prior to prescribing any of these medications.

## Stimulants

The use of stimulants in the inmate population should generally be avoided.  These medications are highly prone to diversion and abuse, and can have a profound impact on the safety and security of an institution.  They also are a well known cause of psychotic episodes in susceptible individuals.  Given these concerns, the use of stimulants for the adjunctive treatment of sex offenders will be carefully analyzed and monitored through the non-formulary

Return to Table of Contents                                    6

system and the Central Office approval format discussed later in these guidelines.  In all cases stimulants will be dispensed in a crushed form.

There is no evidence to support the use of stimulants in individuals with paraphilias who do not have a diagnosis of ADHD.  Research showing stimulant use as an effective treatment for outpatients has not been duplicated through placebo controlled trials, nor has its use been studied in incarcerated populations.  Therefore the recommendations for a trial of stimulant use in certain individuals are based primarily on anecdotal evidence, and small, single arm, non-blinded studies.

There is no evidence to suggest that stimulants vary in their efficacy, or generally in their potential to be abused, although atomoxetine may have less potential to be abused.  If there is no past history of success or failure with a particular agent for an individual inmate, then the choice of a specific stimulant can be based on cost, ease of administration, and side effect profile.  Dosage of the stimulant can be escalated fairly quickly during the trial period, see *Appendix 3* (*Stimulant Medication Management*).

For the purposes of these guidelines, the following medications are considered to be stimulants and are commonly used in the treatment of ADHD:  methylphenidate (Ritalin™, and others); dextroamphetamine (Adderall™, and others); modafinil (Provigil™); atomoxetine (Strattera™); and pemoline (Cylert™).  (NOTE: *Pemoline has been associated with severe, fatal hepatic toxicity and has been removed from the market*.)

Although atomoxetine is marketed as a nonstimulant medication for ADHD, in premarketing clinical trials there were instances of abuse and diversion associated with its use.  Therefore, it is included in this group of medications.

The following conditions should be satisfied prior to prescription of stimulant medication:

• The inmate has had at least a partial response to an SSRI and is still taking it;

• The inmate has a diagnosis of ADHD;

• The inmate does not have any contraindications to the use of stimulant medication, including any history of substance abuse or dependence;

• The inmate is compliant with pill line medications and all other treatment recommendations; and

• The inmate is in an SOTP.

Stimulants all potentially produce similar **side effects** of agitation, anxiety, headache, nausea, increased pulse, increased blood pressure, restlessness, anorexia, insomnia, irritability, mood swings, and aggression.  They can also exacerbate tics and Tourette's syndrome.  As noted above, there is the potential that a psychosis may be triggered in some patients.

Contraindications are similar for each of the stimulants; however, the physician should consult with the pharmacist prior to prescribing any of these medications for a complete list of precautions and drug interactions. In general, inmates with a history of psychosis, significant hypertension, cardiovascular disease, glaucoma, tics, Tourette's or family history of Tourette's, or hyperthyroidism should not receive these medications. A history of substance abuse or dependence is also a contraindication. Individuals on MAO inhibitors (or off of MAOIs for less than 14 days) should not receive any of the listed stimulants.

Discontinuation of stimulants after long term use is associated with sleep disturbance, appetite disturbance, mood disturbance (especially depression, malaise, fatigue, trouble with memory and concentration), and can be associated with drug craving. The inmate should be closely monitored by mental health professionals for the first two weeks off the medication after long-term use.

Stimulants are short-acting (long-acting formulations may **not** be used, as they cannot be crushed), and any benefits from the medication will be noted by the inmate within hours, or at the most, days of treatment. If there is no significant response within 5 days, the medication should be discontinued and other adjunctive treatments tried. As with the SSRIs and all the treatments presented in these guidelines, success of the treatment means the inmate has a significant reduction in his deviant fantasies, urges, and paraphilic masturbatory behaviors. How significant the reduction in these thoughts and behaviors must be to constitute success again depends on the level of severity of the paraphilia(s), and/or the level of distress the inmate experiences without the treatment. To justify the ongoing use of stimulants within the correctional environment, a substantial, sustained improvement is necessary.

## Antiepileptic Medications

There are no studies to support the use of antiepileptic drugs (AEDs) in the treatment of paraphilias. There are some anecdotal reports of improvement, however. The basis of the improvement is unknown, but may be related to suppression of underlying, subclinical, abnormal electrical activity in the brains of individuals with a history of head trauma.

Many of the AEDs are widely accepted as treatments for bipolar I and II disorders. In the psychiatric evaluation, it is crucial to determine the absence or presence of either of these disorders, as mood disturbances increase the risk of the acting out of sexual fantasies and urges in susceptible individuals.

If a trial of an AED is undertaken, the medication should be given for two weeks at a therapeutic dose. If no substantial improvement is achieved, the medication should be rapidly tapered and discontinued.

Further information on the use of AEDs are available in standard pharmacotherapy texts. As many of these medications have significant side effects and drug interactions, consultation with the pharmacist regarding these issues should occur prior to initiation of therapy.

Return to Table of Contents                    8

## Hormones

Manipulation of testosterone levels in sex offenders has long been utilized as a treatment method. Hormones and surgical castration were utilized decades before long term studies on their effectiveness were undertaken. Studies have confirmed that medications and treatments that reduce testosterone have a significant positive impact on at least some of the paraphilias. Surgical castration, which is more extensively utilized in Europe than in the United States, has been shown to significantly reduce recidivism rates to about 1% among severe sex offenders.

Medroxyprogesterone acetate (MPA), given either orally or by injection, is the most commonly used medication in the treatment of paraphilias in the United States. Although its short term use has been studied and its effectiveness appears to be significant, long term studies of its safety and efficacy are generally lacking. Optimal dosing is also not clearly established, as studies showing its effectiveness utilized wide ranges of doses.

MPA has been approved for use as a contraceptive in women, but it is not FDA-approved for use in men. However, many medications are prescribed for conditions for which approval from the FDA has never been sought nor received. The doses generally utilized in men are up to 40 times greater than that used in women. There is extensive experience in its use for paraphilias, with the earliest studies dating from the late 1950s.

MPA is not a true anti-androgen. It does not directly block androgen receptors (the definition of an anti-androgen). It acts through induction of testosterone-$\alpha$-reductase in the liver, increasing clearance of testosterone in the blood. It acts to further reduce testosterone through its progestin activity. It exerts negative feedback on the hypothalamic-pituitary axis, resulting in a decrease in release of gonadotropins, Gn-RH and LH.

Benefits of treatment include reduction in libido, sexual fantasies, urges, and behaviors.

There are many potential **side effects.** These include hyperglycemia and diabetes, headaches, nausea, weight gain, thrombi, emboli, ischemic heart disease, heart failure, increased blood pressure, anemia, decreased white blood cell count, hepatic toxicity, hot and cold flashes, osteoporosis, muscle cramps, fatigue, mood and sleep disturbance, gynecomastia, sexual dysfunction, sterility or abnormal spermatogenesis (which could result in birth defects), loss of body hair, and testicular atrophy. Gynecomastia is not always reversible.

A potentially serious side effect occurs when administering MPA in the presence of a pituitary tumor, as this could promote such a tumor's growth.

Many of the side effects, such as hot flashes and anemia, are treatable. If osteopenia begins to develop, bisphosphonates, in combination with calcium and vitamin D supplementation, can be prescribed and are believed to be effective.

Because of MPA's hepatic metabolism, some drug interactions are possible. Consultation with the pharmacist prior to instituting treatment is necessary to ensure that measures to address

these interactions are taken (adjusting dosages of MPA and/or the other medications).

The injectable form of MPA is most commonly used.  This reduces the pill burden, potentially increases and ensures compliance and is the most thoroughly studied formulation.  Dosage should generally be in the range of 200-400 mg IM per week.  Because of the long half-life and slow onset of action, treatment should be continued for at least 90 to 180 days to determine its effectiveness.  It is unknown if longer treatment continues to yield increasing effectiveness; however, if there is no substantial benefit within the 90-180 day time frame, it should be discontinued, see *Appendix 4 (MPA Management and Monitoring)* and BOP form, *Medroxyprogesterone Acetate Flow Sheet (BP-A863)*

## LHRH Agonists

LHRH, also called Gn-RH (gonadotropin-releasing hormone), is secreted by the hypothalamus and stimulates the anterior pituitary gland to release LH (luteinizing hormone).  LH in turn stimulates the testosterone secretion by the Leydig cells of the testes.  LHRH agonists stimulate the action of LHRH and initially cause an increase in the release of testosterone (called the "flare phenomenon").  Continued administration of the agonist reduces the pituitary receptor sensitivity and reduces the release of LH.  In turn, this reduces the release of testosterone by the Leydig cells.

LHRH agonists or analogs are potent suppressors of testosterone secretion, and their use results in castration levels of testosterone.  This effect has unfortunately caused this treatment to be referred to as "chemical castration."  These medications do cause atrophy of the testicles and structures within the testes, particularly the seminiferous tubules.  It is unknown if these changes are permanent or reversible upon discontinuation of the medication.

LHRH agonists have primarily been studied and utilized in the treatment of hormone-sensitive prostate cancer.  Studies of the use of LHRH agonists in combination with flutamide (an anti-androgen) in these patients revealed that there was a significant decrease in libido and amount of sexual activity, as well as a decrease in sexual function.

As with hormone treatments for paraphilias, long term studies on safety and efficacy of LHRH agonists have not been done.

Leuprolide is an LHRH agonist approved for use in the United States.  Studies of men with paraphilias treated with leuprolide have generally been small, open, and without a control group.  However, results have generally been positive.  Leuprolide is available only as an injection (subcutaneous or intramuscular) or as an implant.

Triptorelin is also an LHRH agonist that is approved for the treatment of prostate cancer.  Early studies with this medication for the treatment of paraphilias have been promising.  Again the studies have been small, open, and without a control group.  Triptorelin is available in two injectable formulations, both with long half-lives.  The depot formulation can be given monthly, and the long-acting (LA) formulation can be given every 3 months.

Return to Table of Contents                                    10

The LHRH agonists generally cause a significant rise in testosterone levels when first administered and could potentially increase the acting out of paraphilic behaviors.  (One LHRH agonist, Abarelex, does not increase testosterone, but has a 4% serious allergic reaction rate, and therefore is too high risk for this population.)  Therefore it is recommended that an anti-androgen be given prior to administration of the LHRH agonist and then concurrently for the first two weeks to those inmates in which such behavior could pose a safety or security risk to the institution.  LHRH agonists suppress testosterone levels to castration levels in approximately 4 weeks (2-4 weeks for triptorelin).  Anti-androgens have the potential for drug interactions and may cause liver toxicity.  Consultation with the pharmacist should occur prior to administering anti-androgens.

A trial of 90-120 days is recommended to determine the level of benefit the medication provides.  Due to the potential for significant and permanent side effects, the level of benefit necessary to justify ongoing use is very high.  The inmate should be free, or very nearly, free, of paraphilic fantasies, urges, and masturbatory activity at the end of the trial period to justify ongoing use.

In addition to hypersensitivity reactions and osteoporosis, this medication has the potential to cause pituitary apoplexy in patients with active pituitary pathology.  **It is an absolute contraindication to administer this medication to individuals with pituitary pathology.**  Screening tests prior to administration include measuring LH, FSH, and TSH.  See *Appendix 5 (LHRH Agonists Management and Monitoring)* and BOP form*, Leuprolide or Triptorelin Flow Sheet (BP-A856),* for guidance on administration and monitoring.

Other side effects can include: ischemic heart disease, congestive heart failure, thrombi, emboli, renal impairment, anemia, decreased white blood cell count, testicular atrophy, sexual dysfunction, gynecomastia, hair loss, and infertility.

There are no known drug interactions associated with triptorelin or leuprolide; however, this does not mean such interactions do not potentially exist.


# 6. Informed Consent

Informed consent is essential in all treatment interventions.  However, in pharmacotherapy of paraphilias it is imperative there never be any appearance or suggestion of coercion.  Special care must be taken to obtain and document informed consent from the inmate.  The physician should also carefully document the inmate's understanding of the life-changing effects these medications can have.

Informed consent should be viewed as an ongoing process of educating and involving the inmate in treatment, beginning with ongoing evaluation and only ending with release of the inmates back to the community (on or off medication).  Therefore, at each clinical visit the use of the medication, any side effects, compliance issues, and any other concerns the inmate may have should be addressed and documented.

Return to Table of Contents                11

Case 1:07-cv-12058-PBS   Document 100   Filed 12/22/08   Page 15 of 33

Federal Bureau of Prisons                    Pharmacological Treatment of Inmates with Paraphilias
Clinical Practice Guidelines                                            Ocober 2005

There are essentially two necessary preconditions to obtaining  informed consent:

> (1) The inmate is making the decision freely and without coercion; and

> (2) The inmate is competent to make a decision regarding the proposed treatment.

Competency is assessed by the physician during discussions with the inmate.  The following must be determined prior to the institution of treatment:

- The inmate has a rational understanding of his condition;

- The inmate has a rational understanding of the proposed treatment and its potential risks and benefits; and

- The inmate has a rational understanding of alternatives to the proposed treatment, including no treatment, and the potential risks and benefits of the alternatives.

In addition to the above general observations about informed consent, when obtaining informed consent for treatment with hormones, anti-androgens, or LHRH agonists, the inmate must understand and agree to undergo the necessary laboratory and clinical assessments prior to beginning treatment and as part of the ongoing monitoring of the treatment.  If the inmate refuses to agree to this, or does not meet any of the above criteria, then informed consent has not been obtained.

Two different BOP forms, *Consent to Use of Medroxyprogesterone Acetate (BP-A857)* and *Consent to Use of Leuprolide or Triptorelin (BP-A858),* are utilized for obtaining the inmate's signature to document his informed consent for use of these drugs.  Only the treating physician can obtain the inmate's signature for hormone, anti-androgen, or LHRH treatment.  The inmate's signature **must** be witnessed by an individual **not** directly involved in treatment for his paraphilia(s).

To use an SSRI as an anti-libidinal agent*,* consent must be obtained using BOP form, *Consent to Use of Selective Serotonin Reuptake Inhibitor Antidepressant for Treatment of Paraphilias (BP-A859)*.  When prescribing stimulants, consent must be obtained utilizing BOP form, *Consent to Use of Stimulant Medication for Treatment of Attention Deficit/Hyperacitivity Disorder (BP-A860)*.  Again, both of these forms should be signed by the treating physician and witnessed by a staff person not directly involved in treatment of the inmate's paraphilia(s). The pharmacy should provide the appropriate patient information sheets to the inmate when these medications are prescribed.

*Appendix 6 (Patient Information Sheets for MPA)*  and *Appendix 7 (Patient Information Sheets for LHRH Agonists),* respectively, should be given to the inmate, as appropriate.  The pharmacy should also provide an information sheet for the LHRH agonists.  It is recommended that prior to initiating treatment with hormones, anti-androgens, or LHRH treatment, the inmate should receive the appropriate information sheet, be asked to read it and bring it back

to the next appointment, at which point the clinician can review it again with the inmate and answer any questions the inmate may have.


# 7. Central Office Approval Process

No approval is necessary for treatment with formulary SSRIs or formulary AEDs.  The use of stimulants will require nonformulary approval through the usual nonformulary approval process.  Prior to the institution of any medications which may affect the hypothalamic-pituitary-gonadal axis for treatment of paraphilias, written approval must be obtained from the Medical Director.  The process for obtaining approval is discussed below, and in the 2005 Formulary.  As previously noted, generally only those inmates who enter the BOP already on MPA or LHRH agonists, or inmates enrolled in an SOTP will be considered for approval for use of these medications.

Inmates who arrive at an institution from a non-BOP facility or directly from the street, and who are already taking one of these agents, may be continued on the agent only through the nonformulary process.  Should the inmate arrive after hours, or on a weekend or holiday, the medication may be continued **only** to the first business day, at which time approval must be sought through the nonformulary process.  BOP form, *Approval Request for Initiation of MPA, Leuprolide, or Triptorelin (BP-A861),* lists the documents required for submission. Nonformulary approval will be time limited to allow for acquisition and review of outside records and the completion of any necessary medical, psychiatric, psychological, and laboratory studies.  The Medical Director will approve continuation of the medication only where deemed clinically appropriate and only after review of the required documentation, including:

- **History and Physical Examination** (completed by a BOP physician and including documentation of any physical changes related to the treatment);

- **Laboratories and other studies** as outlined treatment section (Note: All laboratory studies, except bone density study, CT or MRI head, and EEG must be repeated upon entering BOP custody.  Previous bone density study will be accepted if less than 12 months old.  CT or MRI head must have been completed near the time, or after, institution of treatment.  An EEG should be completed only if clinically indicated and not previously done.);

- Mental health (psychiatric or psychological) evaluation completed by BOP staff;

- Signed BOP informed consent form:

- Outside treatment records, including any of the studies noted above; and

- Central Office approval form appropriately completed and signed.

All inmates on any of the medications noted in the section on treatment must have an informed

consent documented in the health record.  Inmates on MPA, leuprolide, or triptorelin must receive a copy of the appropriate patient information sheets, and this must be documented on the respective informed consent form.

Prior to receiving approval for **initiation** of treatment with MPA, leuprolide, or triptorelin for the treatment of paraphilias, required documentation will be forwarded to the Medical Director for review.  The inmate should be informed that treatment will not commence until approval from the Medical Director has been received.  Approval will be granted for up to one year.  Renewal requests should be submitted with BOP form, *Approval Request for Renewal of MPA, Leuprolide, or Triptorelin (BP-A862)*.


# 8. Institution of Treatment

Prior to initiation of treatment, extensive discussion on what will constitute an acceptable treatment outcome should occur with the inmate and the SOTP team.  While treatment goals may evolve during the treatment process, fidelity to reasonable goals will help the staff and inmate maintain some objectivity in the process.  This is crucial given the substantial risks associated with some of the treatments, and the tendency to unconsciously distort outcomes based on transference and countertransference issues.

If using formulary SSRIs, no prior approval is necessary.  Assuming no contraindications for fluoxetine exist, this medication would generally be started at 20 mg per day.  It can be increased to 40 mg after at least 4 weeks at the lower dose if no, or minimal improvement, is noted.  If, after an additional 4 weeks at 40 mg, no response is seen, a trial of sertraline would be appropriate.  If a partial response is seen, then the medication should be increased to 60 mg per day and that dose should be continued for at least 8 weeks.  If a switch to sertraline is made, the medication can be started at 50 mg per day, and increased to 100 mg after 1 week, then by 50 mg every 2 weeks to a maximum dose of 200 mg.  The inmate should be continued on the maximum dose for at least 8 weeks to determine effectiveness.  See *Appendix 2b* for dosing information.

The use of stimulants is covered in Section 5 (*Treatment)* and in *Appendix 3*.

Upon receiving approval for treatment with MPA, leuprolide, or triptorelin the treating physician should meet again with the primary therapist (for those inmates in an SOTP), and ensure that the inmate still meets the criteria for treatment.  The physician (whenever possible, with the primary therapist should meet together **with** the inmate during contacts regarding medication) and review the patient information sheet (which was previously given to the inmate) and answer any remaining questions the inmate may have regarding treatment.  The physician should emphasize the need for compliance with the medication and all follow-up evaluations, and review signs and symptoms of potentially serious side effects.  These discussions should be thoroughly documented in the inmate's health record, as well as the plan for follow-up.

Return to Table of Contents                    14

As previously mentioned, treatment with leuprolide or triptorelin can result in an increase in testosterone for approximately the first 2 weeks of treatment.  Unless such an increase might impact the safety and security of the institution, staff or other inmates, it is not usually necessary to treat this.  However, the inmate should be informed that fantasies, urges, and masturbatory behaviors may temporarily increase during this time frame.  If suppression of testosterone is considered appropriate, then the inmate should be started on flutamide at 250 mg TID for at least one day prior to starting an LHRH agonist, and continue it for two weeks after.  It can then be discontinued.

MPA can be started at 100 to 600 mg IM every 1 to 4 weeks if given in the injectable monthly depot form, and 100 to 500 mg per day, if given orally (the monthly depot form is recommended).  Leuprolide in the depot form can be given 3.75 to 7.5 mg IM every 4 weeks, and triptorelin in depot form can be give 3.75 mg every 4 weeks.

See *Appendix 4* and *Appendix 5* for dosing and monitoring information for MPA and LHRH agonists.  BOP forms, *Medroxyprogesterone Acetate Flow Sheet (BP-A863)* and *Leuprolide or Triptorelin Flow Sheet (BP-A856)* should be used when administering MPA and LHRH agonists, respectively.


# 9. Monitoring

Monitoring of any of the above treatments can be divided into monitoring for side effects and monitoring for benefits.  When exploring the latter, involvement of the SOTP team, particularly the primary therapist, is absolutely necessary to determine the inmate's response.  Monitoring of side effects will be tailored to the individual and to the treatment.  Compliance with treatment should be corroborated by review of the MAR (medication administration record) and discussion with the primary therapist, and documented in the inmate's health information record at each clinic visit.

As previously noted, the level of benefit necessary to deem a treatment successful will vary from inmate to inmate, treatment to treatment.  As with any medical intervention, the higher the risk of morbidity or mortality related to not having the treatment, the higher the acceptable risk of morbidity or mortality associated with the treatment itself will be.

Some inmates may elect to discontinue treatment for a variety of reasons.  If the inmate has received some benefit from treatment, but is having intolerable side effects, another similar treatment may be tried instead.  If the decision is made to discontinue one or all of the medication treatment (whether the treatment is an SSRI, stimulant, and/or hormonal) there may be some symptoms associated with discontinuation.  The physician should meet with the inmate prior to discontinuation to discuss the decision with the inmate and his primary therapist (if he is in an SOTP).  The inmate should be educated again to the fact that discontinuation of the medication will most likely lead to a return of pretreatment levels of paraphilia-related fantasies, urges, and masturbatory or other behaviors, and may not cause remission of all the side effects (such as gynecomastia).  The inmate should be advised as to the need for ongoing

follow-up and continuation of the treatments for osteopenia/porosis (if present) until blood studies show a return of normal testosterone. The inmate should also be advised that discontinuation of the treatment may result in alterations in mood, sleep, appetite, energy, and sexual drive for several weeks. If problems continue beyond a few weeks, functioning becomes significantly impaired, or the individual develops suicidal or homicidal ideation, he should be advised to immediately seek psychological/psychiatric help.

# 10. Release Planning

Eventually most inmates with paraphilias will be released back to the community. Local laws relating to registration of sexual offenders vary from place to place, and the United States Probation Office (USPO) involved with the inmate's case, assuming the inmate releases with some Supervised Release Time (SRT), will be well acquainted with the local regulations. In those cases in which the inmate is being released without any SRT, the USPO in the area to which the inmate releases can still provide relevant information on registration requirements. The Unit Team will be responsible for the correctional aspects of the inmate's release back to the community. All relevant treatment records should also be forwarded to the USPO. Signed releases of information are not necessary when releasing information to the USPO.

If the inmate is releasing directly from an SOTP to the community, the staff in the SOTP will have information regarding most of the resources available for the inmate and will have been discussing these with him prior to release. If the inmate is being released on any of the above noted medication treatments, the treating physician must consult with the inmate and the SOTP staff regarding the inmate's desire to continue that treatment upon release. Inmates who opt to do so need to be scheduled for a follow-up appointment with a physician. Relevant medical records, including laboratory results and other studies, should be sent to the accepting physician. The inmate will need to sign releases of information prior to transmission of any medical or psychiatric information to outside physicians/clinics. It would be wise for the inmate to have a copy of this information to take with him, as well. Please see the Program Statement on Health Information Management for more detail regarding releases of information.

Prior to release, the primary therapist and treating physician should meet with the inmate and review the current treatment, side effects, and benefits of the treatment as being experienced by the inmate, and the recommended time line for follow-up evaluations and studies. This discussion should be documented in the inmate health record, and the inmate should be given BOP form, *Referral/Follow-up Form for Patient on MPA or LHRH Agonist (BP-A855)*.

Some individuals may have completed the SOTP elsewhere, and are being released from an institution that does not have an SOTP. If this is the case, the Unit Team should work directly with the inmate and the SOTP staff where he or she received treatment (whether a Bureau facility or not) to facilitate appropriate follow-up care. The treating physician should ensure that the inmate has all necessary medical and/or psychiatric appointments scheduled prior to release to facilitate continuity of care (assuming the inmate wishes to continue medication

Return to Table of Contents                    16

treatment).  Prior to release, the physician should meet with the inmate, review his current condition, the side effects, and benefits he has received from treatment, and review the recommended time line for follow-up evaluations and studies.  The inmate should be given the *Referral/Follow-up Form* to take with him to his first follow-up appointment, and should sign releases of information, so that relevant portions of his medical and psychiatric records may be sent to the accepting physician.

Some inmates may elect to discontinue treatment upon or just prior to release from prison. The physician should meet with the inmate prior to his release regardless of his willingness to continue treatment.  He should be educated again to the fact that discontinuation of the medication will most likely lead to a return of pretreatment levels of paraphilia-related fantasies, urges, and masturbatory or other behaviors, and may not cause remission of all the side effects (such as gynecomastia).  The inmate should be advised as to the need for ongoing follow-up and continuation of the treatments for osteopenia/porosis (if present) until blood studies show a return of normal testosterone.  The inmate should also be advised that discontinuation of the treatment may result in alterations in mood, sleep, appetite, energy, and sexual drive for several weeks.  If problems continue beyond a few weeks, functioning becomes significantly impaired, or the individual develops suicidal or homicidal ideation, he should be advised to immediately seek psychological/psychiatric help.

As part of release planning, the physician will review with the inmate his current treatment status (as noted above), as well as treatment options that may be available in the community. On occasion, some inmates  may request information on treatment options unavailable in the BOP, such as surgical castration.  While the inmate's request for such treatment cannot be granted during his incarceration, the physican may offer the inmate referral information for providers in the community who specialize in the treatment of sex offenders.  The inmate can then access these resources at his discretion upon release to the community.

# Definitions

**Countertransference**:  Reactions arising from unconscious conflicts in the therapist or health care provider as he/she interacts with the patient.  Reactions can be positive or negative, but result in the treatment provider distorting the reality of the interactions with the patient.

**Paraphilia:**  "Recurrent, intense sexually arousing fantasies, sexual urges, or behaviors generally involving 1) nonhuman objects, 2) the suffering or humiliation of oneself or one's partner, or 3) children or other nonconsenting persons that occur over a period of at least 6 months," and the presence of these cause impairment in functioning (such as illegal behavior) or significant distress (Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text-Revision. APA, 2000).

Return to Table of Contents                         18

# References

Adi Y, Ashcroft D, Browne K, Beech A, Fry-Smith A, Hyde C. Clinical effectiveness and cost-consequences of selective serotonin reuptake inhibitors in the treatment of sex offenders. *Health Technol Assess*. 2002;6(28):1-66.

American Psychiatric Association. *Diagnostic and statistical manual of mental disorders*, 4th ed., text revision. Washington, D.C.: American Psychiatric Association; 2000.

Bradford JMW.  Treatment of sexual deviation using a pharmacological approach. *Journal of Sex Research*. 2000;37:248-257.

Bourke, M. Protocols for the use of cyproterone, medroxyprogesterone, and leuprolide in the treatment of paraphilia. *Can J Psychiatry*. 2000;45:559.

Bradford JM.  The neurobiology, neuropharmacology, and pharmacological treatment of the paraphilias and compulsive sexual behaviour. *Can J Psychiatry*. 2001;46:24-5.

Briken P, Hill A, Berner W. Pharmacotherapy of paraphilias with long-acting agonists of luteinizing hormone-releasing hormone: a systematic review. *J Clin Psychiatry*. 2003;64:890-7.

Correctional Service of Canada [homepage on the Internet].  Blanchette K.  Sex offender assessment, treatment and recidivism: a literature review.1996.  Available from: www.csc-scc.gc.ca/text/rsrch/reports/r48/r48e_e.shtml.

eFacts [homepage on the Internet].  Drug Facts and Comparisons.  Available from: www.efactsweb.com. Accessed 8/19/04 for leuprolide acetate, amphetamine mixtures, triptorelin pamoate, atomexetine.

Giotakos O, Bourtsoukli P, Paraskeyopoulou T, Spandoni P, Stasinos S, Boulougouri D, Spirakou E. Prevalence and risk factors of HIV, hepatitis B and hepatitis C in a forensic population of rapists and child molesters. *Epidemiol Infect*. 2003;130:497-500.

Kafka MP, Hennen J. Psychostimulant augmentation during treatment with selective serotonin reuptake inhibitors in men with paraphilias and paraphilia-related disorders: a case series. *J Clin Psychiatry*. 2000;61:664-70.

Prentky RA, Janus ES, Seto MC, editors. *Sexually coercive behavior: understanding and management*. New York: New York Academy of Sciences; 2003.

Raymond NC, Coleman E, Ohlerking F, Christenson GA, Miner M. Psychiatric comorbidity in pedophilic sex offenders. *Am J Psychiatry*. 2000;157:838.

Reilly DR, Delva NJ, Hudson RW. Protocols for the use of cyproterone, medroxyprogesterone, and leuprolide in the treatment of paraphilia. *Can J Psychiatry*. 2000;45:559-63.

| Appendix 1. | Medications for Treatment of Paraphilias: Indications and Contraindications | | |
|---|---|---|---|
| **Medication** | **Indication** | **Common Side Effects** | **Absolute Contraindication** |
| **Selective Serotonin Reuptake Inhibitors (SSRIs)** | First line treatment | Nausea, headache, sleep disturbance, sexual dysfunction. Rare: serotonin syndrome, mania, suicidal ideation, electrolyte imbalance. | MAOI treatment in last 14 days. History of serotonin syndrome or allergic reaction to specific medication. |
| **Stimulants** | ADHD and at least partial response to SSRI | Nausea, headache, palpitations, insomnia, increased blood pressure nervousness, agitation. Rare: psychosis, mania, seizure. | MAOI treatment in last 14 days. History of methamphetamine abuse, glaucoma, tics, Tourette's, or family history of Tourette's, CAD, poorly controlled HTN, history of allergic reaction. |
| **Antiepileptic Drugs (AEDs)** | Abnormal EEG, history of significant head trauma | Varies from agent to agent. | Allergic reaction to a specific agent. |
| **Medroxy-progesterone acetate (MPA)** | Moderate to severe paraphilic behaviors or inmate distress over paraphilia | Gynecomastia, sexual dysfunction, impaired spermatogenesis, anemia, hot and cold flashes, weight gain, osteopenia or osteoporosis. Rare: blood clots, heart disease. | Pituitary tumor, history of blood clots, allergic reaction. |
| **Luteinizing Hormone Releasing Hormone (LHRH) Agonists** | Moderate to severe paraphilic behaviors or inmate distress over paraphilia | Gynecomastia, testicular atrophy, anemia, sexual dysfunction, osteopenia or osteoporosis Rare: blood clots, heart disease. | Active pituitary disease, history of blood clots, allergic reaction. |

## Appendix 2a.        SSRI Dosing Recommendations Algorithm



Return to Table of Contents                                            22

Federal Bureau of Prisons
Clinical Practice Guidelines

Pharmacological Treatment of Inmates with Paraphilias
Ocober 2005

| Appendix 2b. | | | SSRI Dosing, Monitoring and Management | |
|---|---|---|---|---|
| **Medication** | **Usual Dose** | **Cost per Month** | **Dosing Strategy** | **Monitoring** |
| **Fluoxetine** | 20-60 mg per day | $ | 20 mg per day x 4 weeks; if no response, increase to 40 mg per day for 4 more weeks.  If no response, switch to sertraline.  If partial response, increase to 60 mg per day and continue for 8 weeks.  If minimal or no response discontinue and institute trial of sertraline.  If partial response consider augmentation with stimulant or AED if appropriate. | See patient within 2 weeks of starting medication, then q 2-3 weeks throughout trial to monitor compliance and side effects.  Once stable, may be seen every 90 to 180 days.  Monitor for suicidal ideation. |
| **Sertraline** | 200 mg per day | $ | Start 50 mg per day x 1 week, increase to 100 mg per day X 1 week, then increase by 50 mg every two weeks to highest tolerated dose, not to exceed 200 mg per day.  Continue for 8 full weeks at maximum dose.  If no response, discontinue.  If partial response consider augmentation with stimulant or AED if appropriate. | See patient within 2 weeks of starting medication, then q 2-3 weeks throughout trial to monitor compliance and side effects.  Once stable, may be seen every 90 to 180 days.  Monitor for suicidal ideation. |

$    = Inexpensive (< $100/month)
$$  = Moderately expensive ($101-$250/month)
$$$ = Very expensive ($251 +/month)

Return to Table of Contents          23

| Appendix 3. | | Stimulant Medication Management | |
|---|---|---|---|
| **Medication[+]** | **Dose** | **Cost** | **Monitoring/Comments** |
| **Methylphenidate** | 10 to 20 mg, BID to TID x 5 days | $ | BP and pulse daily during trial, then as clinically appropriate |
| **Dextroamphetamine** | 5 to 10 mg, BID to TID x 5 days | $ | BP and pulse daily during trial, then as clinically appropriate |

+ Must be administered crushed and on pill line.  Requires nonformulary approval.
$    = Inexpensive (< $100/month)
$$   = Moderately expensive ($101-$250/month)
$$$ = Very expensive ($251 +/ month)

Federal Bureau of Prisons                          Pharmacological Treatment of Inmates with Paraphilias
Clinical Practice Guidelines                                                          Ocober 2005

| Appendix 4. | | MPA Management and Monitoring | |
|---|---|---|---|
| **Medication** | **Dose / Cost** | **Baseline Testing** | **Monitoring** |
| **Oral MPA (Provera™)** | 100 to 500 mg per day<br><br>$$ | ‣ Serum testosterone<br>‣ FSH<br>‣ LH<br>‣ Prolactin<br>‣ TSH<br>‣ Chemistry group & lipids–fasting<br>‣ CBC with differential<br>‣ Weight<br>‣ Vital signs<br>‣ MRI or CT head<br>‣ EEG<br>‣ EKG (if over 40 or other risk factors) | ‣ Testosterone every month X 4 months, then q 6 months<br>‣ **CBC** with differential with each testosterone level<br>‣ BP and weight each clinic visit, and at least monthly<br>‣ LFTs q 3 months<br>‣ LH, prolactin q 6 months<br>‣ Lipids q 6 months<br>‣ If serum testosterone suppressed then bone density scan and every year thereafter |
| **Injectable MPA (Depo-Provera™)** | 100 to 600 mg every 1 to 4 weeks<br><br>$$$ | | |
| $    = Inexpensive (< $100/month)<br>$$   = Moderately expensive ($101-$250/month)<br>$$$ = Very expensive ($251 +/ month) | | | |

| Appendix 5. | LHRH Agonists Management and Monitoring | | |
|---|---|---|---|
| **Medication** | **Dose / Cost** | **Baseline Testing** | **Monitoring** |
| **Leuprolide (Lupron Depot™)** | 3.75 to 7.5 mg IM q 4 weeks<br><br>(Do not use needle smaller than 22 gauge)<br><br>$$ | ‣ Serum testosterone<br>‣ LH<br>‣ FSH<br>‣ TSH<br>‣ Chem group<br>‣ CBC with differential<br>‣ EKG<br>‣ Bone density scan<br>‣ MRI or CT head<br>‣ EEG | ‣ Monthly testosterone x 4, then every 6 months<br>‣ Monthly CBC with differential x 4, then every 6 months<br>‣ LH every 6 months<br>‣ BUN and creatinine every 6 months<br>‣ Annual bone density scan |
| **Triptorelin (Telstar Depot™)** | 3.75 mg IM q 4 weeks<br><br><br><br>$$$ | | |
| $     = Inexpensive (< $100/month)<br>$$   = Moderately expensive ($101-$250/month)<br>$$$ = Very expensive ($251 +/ month) | | | |

| Appendix 6.     Patient Information Sheet for MPA |
|:---|
|                        Medroxyprogesterone Acetate (Provera™, Depo-Provera™) |

## General Information

You have been diagnosed with having one or more paraphilias, a sexual disorder characterized by recurrent sexually arousing fantasies, sexual urges, or behaviors.  Your treatment team has recommended the use of this medication as part of the treatment for your disorder.

Medroxyprogesterone acetate (MPA) is a synthetic hormone that acts by suppressing the male hormone, testosterone.  Testosterone is primarily produced in the testicles.  A small amount is also produced in the adrenal glands.  MPA has been used extensively in this country to treat men with paraphilias.  MPA has been approved by the FDA for use as a contraception for women.  It has not been FDA approved for use in men.

MPA may reduce your sexual fantasies, urges, and impulses, thus allowing you to better utilize the skills you are learning in your treatment program.  This medication works only while you are taking it.  It does not continue to work once the medication is stopped.  If discontinued, it is highly likely your prior level of fantasies, urges, and impulses will return.

## Side Effects

Like all medications, MPA has some side effects associated with its use.  There are no long term studies on its side effects or its safety in men.  You will need to be followed regularly by a physician and have occasional laboratory tests and studies to monitor your condition while you are on this medication.

Some of the more common side effects include: breast enlargement, fatigue or malaise, testicular atrophy (reduction in size and function of the testes), inability to achieve or maintain erections, loss of body hair, weight gain, loss of fertility or abnormal sperm production which can result in birth defects, mood disturbance, headaches, nausea, irregular gall bladder function, elevated blood sugar or the development of diabetes, increased blood pressure, muscle cramps, anemia, decreased white blood cell count, insomnia, nightmares, and hot and cold flashes.

Some side effects can be serious, and may include:  osteoporosis (thinning of bones), liver problems, heart attacks or heart failure, and blood clots (thrombi or emboli) in your extremities or in your lungs.  Not all of the side effects are reversible when the medication is stopped.  Your doctor may prescribe additional medications or nutritional supplements to help prevent or reduce the risk of certain side effects.

If you develop any of the above side effects, develop chest pain or shortness of breath, pain, heat, redness or tenderness in an extremity, yellowing of the skin, or any other unusual symptoms, you should report to sick call or notify medical staff at once.

Return to Table of Contents                27

## Dosage and Administration

Prior to beginning this medication, your health care team will want to ensure that your are healthy enough to take this medication.  They will take a history and perform a physical examination, take your vital signs and your weight.  They will also order some blood tests, electroencephalogram, CT or MRI of the head and may request additional laboratory studies, such as an electrocardiogram and a bone density test.  Some of these tests and evaluations will be repeated every few months to every year.

MPA comes in two forms, an oral preparation and an injection.  Oral MPA (Provera™) is usually prescribed as 10 milligram (mg) pills and may be given in doses of 100 to 500 mg per day.  It may be given once a day or in divided doses.  The advantage of this medication is that if you develop side effects, it can be stopped and the blood level of the medication will drop quickly.  However, as previously noted, not all side effects are reversible.  The disadvantage is that this medication must be taken every day to be effective, and will be delivered to you on pill line.  If your motivation for treatment fluctuates and you skip doses, or you forget to take it, the benefit of the medication will quickly disappear.

Injectable, depot MPA (Depo-Provera™) is an injectable form of medication which is typically given in the arm or the hip.  It may be given every 1 to 3 weeks in a dose of 100 to 600 mg.  Its advantage is that in this form, the medication is longer acting than the oral form, and will take longer to leave your body once the medication is discontinued.  You also do not need to remember to take the medication every day or go to pill line in order to achieve the same benefit.  The disadvantages include the inconvenience of taking an injection, and the fact that this medication will not be out of your blood stream as quickly as the oral preparation.

## Your Responsibilities

By signing the consent form you agree to do the following:
- Inform your doctor of any of the following problems which may be a contraindication for taking this medication:  history of heart disease, history of blood clots, history of allergic reaction to antiandrogens, history of liver disease, or infectious hepatitis;
- Inform your doctor of all substances and medications, legal and illegal, that you are taking;
- Take your medication as prescribed;
- Inform your doctor of any side effects that occur;
- Follow your doctor's recommendations for laboratory studies, physical examinations, and other clinical evaluations as he or she deems appropriate; and
- Understand that you may still be fertile, and that you are at increased risk of fathering a child with birth defects while you are on this medication.

## Questions for Your Doctor

Please note below questions or concerns you wish to discuss with your doctor at your next appointment._____

_____

Return to Table of Contents          28

| Appendix 7.    Patient Information Sheet for LHRH Agonists (Leuprolide, Triptorelin) |
| --- |

## General Information

You have been diagnosed with having one or more paraphilias, a sexual disorder characterized by recurrent sexually arousing fantasies, sexual urges, or behaviors. Your treatment team has recommended the use of this type of medication as part of the treatment for your disorder.

LHRH agonists act by indirectly suppressing production of the male hormone, testosterone. Testosterone is primarily produced in the testicles. A small amount is also produced in the adrenal glands. LHRH agonists have been FDA approved for the treatment of prostate cancer. They have been used extensively in this country to treat men with paraphilias.

LHRH agonists may reduce your sexual fantasies, urges, and impulses, thus allowing you to better utilize the skills you are learning in your treatment program. This medication works only while you are taking it. It does not continue to work once the medication is stopped. If discontinued, it is highly likely your prior level of fantasies, urges, and impulses will return.

## Side Effects

Like all medications, LHRH agonists have some side effects associated with their use. There are no long term studies on its side effects or their safety in men. You will need to be followed regularly by a physician and have occasional laboratory tests and studies to monitor your condition while you are on this medication.

Some of the more common side effects include: breast enlargement, fatigue or malaise, testicular atrophy (reduction in size and function of the testes), inability to achieve or maintain erections, loss of body hair, weight gain, loss of fertility or abnormal sperm production which can result in birth defects, mood disturbance, headaches, nausea, edema (swelling), anemia, decreased white blood cell count, insomnia, nightmares, allergic reaction, injection site pain or reaction, and hot and cold flashes.

Some side effects can be serious, and may include: kidney disease, anaphylaxis (a potentially life threatening allergic reaction), osteoporosis (thinning of the bones), blood clots (thrombi or emboli) in your extremities or lungs, heart disease, or heart failure.

Not all of the side effects are reversible when the medication is stopped. Your doctor may prescribe additional medications or nutritional supplements to help prevent or reduce the risk of certain side effects.

If you develop any of the above side effects, develop chest pain or shortness of breath, pain, heat, redness or tenderness in an extremity, or any other unusual symptoms, you should report to sick call or notify medical staff at once.

Return to Table of Contents                29

## Dosage and Administration

Prior to beginning this medication, your health care team will want to ensure that your are healthy enough to take this medication.  They will take a history and perform a physical examination, take your vital signs and your weight.  They will also order some blood tests, electroencephalogram, CT or MRI of the head and may request additional laboratory studies, such as an electrocardiogram and a bone density test.  Some of these tests and evaluations will be repeated every few months to every year.

Two LHRH agonists are available:  leuprolide (Lupron Depot™) and triptorelin (Trelstar Depot™).  Your doctor will recommend one of these two medications.  Both medications are given by an injection into a muscle (usually in your hip or upper arm) and can be given every 4 weeks.  Lupron Depot™ is given in a dose of 3.75 to 7.5 mg.  Trelstar Depot™ is given in a dose of 3.75 mg.

Because this medication is long-acting, its effects are not immediately lost when the medication is discontinued.  Any benefits or side effects you have will gradually go away after discontinuing the medication.  Some side effects may be permanent.

## Your Responsibilities

By signing the consent form you agree to do the following:
- Inform your doctor of any of the following problems which may be contraindications for taking this medication:
  - ▸ History of heart disease,
  - ▸ History of blood clots,
  - ▸ History of allergic reaction to antiandrogens, or
  - ▸ History of liver disease, or infectious hepatitis;
- Keep your doctor informed of all substances and medications, legal and illegal, that you are taking;
- Take your medication as prescribed;
- Inform your doctor of any side effects that occur;
- Follow your doctor's recommendations for laboratory studies, physical examinations, and other clinical evaluations as he or she deems appropriate; and
- Understand that you may still be fertile, and that you are at increased risk of fathering a child with birth defects while you are on this medication.

## Questions for Your Doctor

Please note below questions or concerns you wish to discuss with your doctor at your next appointment.

_____

_____

Return to Table of Contents