```
              THE UNITED STATES COURT FOR
              THE DISTRICT OF MASSACHUSETTS

                     Eastern Division
                Docket No.: 1:07-cv-12058 PBS

          ------------------------------

              THE UNITED STATES, Petitioner,

                            v.

                 JOEL WETMORE, Respondent.

          ==========================
```

MOTION OF RESPONDENT'S COUNSEL TO PERMIT COUNSEL TO PRESENT CLOSING ARGUMENT THROUGH VIDEO-CONFERENCING FROM SPRINGFIELD

===============================================================

Respondent's counsel respectfully requests that this Honorable Court permit him to attend and present closing argument by video-conference from the United States District Court, Western Division, in Springfield, tomorrow, February 4, 2011.

As grounds for this request, counsel represents that the procedure would significantly reduce costs and fees and it would not impair counsel's ability to argue on his client's behalf. Counsel has conferred with Division Manager John C. Stuckenbruck, who has informed him that video conferencing facilities are available tomorrow at three o'clock in the afternoon.

Dated at Northampton, February 3, 2011.

Respectfully submitted,
Counsel for Respondent
*/s/Harry L. Miles*
Harry L. Miles, of
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Voice:     413.586.8218    Fax: 413.584.6278
Email:     harrymiles@aol.com
BBO#:      345800

Certificate of Service: I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2011.

*/s/Harry L. Miles*
Harry L. Miles
Attorney for the Respondent