IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07 CV 12058-PBS |
| ) | |
| ) | <u>ORDER</u> |
| vs. ) | |
| ) | |
| JOEL WETMORE, ) | |
| ) | |
| Respondent ) | |

  This case began on November 17, 2016 when the Government certified Joel Wetmore, then at FMC Devens, as sexually dangerous under 18 U.S.C. 4248. He was subsequently dangerous and was civilly committed by this Court, <u>United States v. Wetmore</u>, 766 F.Supp.2d 319 (D. Mass. 2011), and the Court of Appeals affirmed <u>United States v. Wetmore</u>, 700 F.3d 570 (1st Cir. 2012).

  Following a review hearing under 18 U.S.C. 4247(b) in September and October 2014, this Court found that Joel Wetmore was still a sexually dangerous person on February 27, 2015 and denied his motion for discharge. The Court of Appeals again affirmed, <u>United States v. Wetmore</u>, No. 15-1522 (1st Cir. 2016).

  A second review hearing was held on May 14-15, 2018, and was then continued until November 29, 2018, to allow adequate time for testosterone reducing medication to take effect and for Joel Wetmore to participate in the Sex Offender Treatment Program (SOTP) at the Wyatt Detention Center in Central Falls, Rhode Island.

  The Court has received the medical records from Wyatt, which show that Wetmore's testosterone levels are consistently rock bottom to non-existent. These levels are shown in monthly blood draws, most recently on November 14, 2018. And Wetmore testified on November 29 that he no longer senses sexual arousal, and the arousal logs he has kept bear that out. He further states his firm intent to remain on the medication for life.

  The two court-appointed experts, Dr. Fabian Saleh and Dr. Joseph J. Plaud, testified that the regimen of testosterone reducing medication, as administered in monthly injections at Wyatt, has clearly "worked", and that, in their considered professional judgment, he will no

longer have serious difficulty in refraining from sexually violent conduct or child molestation if released. The Court agrees.

Accordingly, Joel Wetmore shall be conditionally released to a halfway house in Maine, arranged by the Probation Office, as soon as space is available. He shall continue to take all prescribed medication, and will be under the supervision of the Probation Office of this Court and the Probation Office for the District of Maine. After four months in a halfway house, he shall be released to the community, to live in or near Bangor, Maine. He shall also participate in treatment through the Bangor office of The Counseling and Psychotherapy Center, Inc., and shall in all respects comply with his October 10, 2018 Relapse and Prevention Plan.

IT IS SO ORDERED.

Signed at Boston this           day of           2018.

_____
Chief United States District Judge