IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:07 CV 12058-PBS |
| | ) | |
| | ) | <u>MOTION FOR TRAVEL AUTHORIZATION</u> |
| vs. | ) | <u>FOR RESPONDENT</u> |
| | ) | |
| JOEL WETMORE, | ) | |
| | ) | |
| Respondent | ) | |

James B. Craven III, counsel for the respondent, Joel Wetmore, respectfully shows the Court that:

1. The Court previously authorized Dr. Fabian Saleh to make one trip to Maine to consult with Joel Wetmore about his medications and other concerns.

2. Dr. Saleh has been advised by the Maine medical board that he would need a Maine medical license in order to consult with Joel Wetmore in Maine. Dr. Saleh is not licensed in Maine, only in Massachusetts.

WHEREFORE we respectfully pray the Court for an order authorizing Joel Wetmore to travel from Portland, Maine to Massachusetts to meet with Dr. Saleh in July, at a place and time of their choosing.

Respectfully submitted,

<u>/s/ James B. Craven III</u>
James B. Craven III
Attorney for the Respondent
NCSB 997
(919) 688-8295
P.O. Box 1366
Durham, NC  27702
JBC64@MINDSPRING.COM

CERTIFICATE OF SERVICE

I have this day served Government counsel electronically:

>Jennifer A. Serafyn, Esquire
>Assistant U.S. Attorney
>United States Courthouse, Suite 9200
>1 Courthouse Way
>Boston, MA 02110

This 17th day of June 2019.

>/s/ James B. Craven III
>James B. Craven III