IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> JOEL WETMORE, ) <br> ) <br> Respondent ) | No. 1:07 CV 12058-PBS <br><br> <u>MOTION FOR AMENDMENT OF</u> <br> <u>CONDITIONAL RELEASE</u> |

Joel Wetmore, by his counsel, respectfully shows the Court that:

1. On December 23, 2018 the Court ordered Joel Wetmore conditionally released pursuant to 18 U.S.C. 4248(e).

2. Among the conditions of release was that Joel Wetmore reside at Pharos House, a Residential Reentry Center in Portland, Maine, for a period of up to 12 consecutive months. He has now been there since approximately February 1, 2019.

3. Michael Barker, USPO and Sex Offender Specialist in the District of Maine, has been supervising Joel Wetmore since he arrived in Portland. Barker has proposed the following amendment to the December 23, 2018 conditional release order, and has advised the Government has no objection to it:

   A. Joel Wetmore shall transition out of Pharos House and live at 28 A Street-Room 8 in Portland. The exact date of his transition to the new address will be arranged between the USPO in Portland and Pharos House, but it will be soon.

   B. Joel Wetmore shall comply with a curfew, to be set by the supervising USPO, for a period of 12 months. During this time, he is restricted to his residence every day as directed by the supervising officer, and

       shall comply with the program agreement and electronic monitoring procedures as directed by the supervising officer. He shall pay/co-pay for services, directly to the monitoring company, to the supervising officer's satisfaction. During the curfew period, the Court authorizes a search of his geographic location and movements by the probation office via the program's equipment.

4. The game plan, so to speak, is for Joel Wetmore to transition gradually from Portland to Bangor. He has done well in the nine months or so he has been in Portland, and his blood testosterone levels have remained consistently low.

WHEREFORE Joel Wetmore, the respondent, by his counsel, respectfully prays the Court that the conditional release order entered December 23, 2018 be amended as set forth above.

                                          Respectfully submitted,

                                          /s/ James B. Craven III
                                          James B. Craven III
                                          Attorney for the Respondent
                                          NCSB 997
                                          (919) 688-8295
                                          P.O. Box 1366
                                          Durham, NC  27702
                                          JBC64@MINDSPRING.COM

CERTIFICATE OF SERVICE

I have this day served Government counsel and the experts electronically:

        Jennifer A. Serafyn, Esquire
        Assistant U.S. Attorney
        United States Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA 02110

        Mr. Michael Barker
        U.S. Probation Officer
        400 Congress Street
        Portland, ME 04101
        Michael_barker@mep.uscourts.gov

This 28th day of October 2019.

                /s/ James B. Craven III
                James B. Craven III