

# Memorandum

**To:** The Honorable Patti B. Saris, Chief U.S. District Judge

**From:** Jeffrey Smith, Supervisory U.S. Probation Officer

**CC:** Jennifer Serafyn, Assistant U.S. Attorney

**Date:** November 6, 2019

**Re:** Joel Wetmore (Dkt. 07-CV-12058)

---

The purpose of this memorandum is to respond to the Motion for Amendment of Conditional Release for the above-captioned individual. As Your Honor may recall, Mr. Wetmore was approved for a Conditional Release pursuant to 18 U.S.C. § 4248(e) on December 23, 2018. Since his release to the community on February 7, 2019, Mr. Wetmore has been supervised by Michael Barker, Senior U.S. Probation Officer in the District of Maine.

Defense Counsel, in consultation with U.S. Probation has proposed modifying Mr. Wetmore's conditions to allow him to transition from the Pharos House to a more independent living situation and to modify the terms of his location monitoring to comply with a curfew for a period of twelve months. This writer has spoken with Jennifer Serafyn, Assistant U.S. Attorney, and there are no objections.

Should the Court approve these modifications, all parties would request the following language:

**A. Joel Wetmore shall remain at the Pharos House for a term of up to twelve months or until such time that he secures a personal residence approved by the probation department.**

**B. Joel Wetmore shall comply with a curfew, to be set by the probation department. During this time, he is restricted to his residence every day as directed by his supervising officer and shall comply with the program and electronic monitoring procedures as directed by the supervising officer. He shall pay/co-pay for services directly to the monitoring company, to the supervising officer's satisfaction. During the curfew period, the Court authorizes a search of his geographic location and movements by the probation officer via the program's equipment.**

Mr. Wetmore's current conditions require him to reside at the Pharos House for twelve months and his requirement for home confinement has limited his time in the community. The probation department is hopeful that allowing him to release from the Pharos House to a residence approved by probation, will allow him to continue his transition into the community while extending opportunities for him to visit family in the Bangor area and solidify his long-term plans for housing and support in the community. The probation department has identified a potential address for Mr. Wetmore to transition to in Portland, but the availability is unknown at this time and he would need to remain at the Pharos House until it was solidified.

If Your Honor concurs with these proposed modifications, could you please indicate by endorsing below. As always, if Your Honor has any specific questions, please feel free to contact me directly at 617-748-9199.

1

Reviewed and Approved by:

*/s/ Brian McDonald*

Brian McDonald

Deputy Chief. U.S. Probation Officer

---

[  ] I Concur, Modifications Approved

[  ] I Do Not Concur

[  ] Other_____

 

_____

The Honorable Patti B. Saris

Chief U.S. District Judge

Date:_____